UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| EURIC CAIN #624636 | CIVIL ACTION NO. 22-cv-5736 |
| VERSUS | DISTRICT JUDGE EDWARDS |
| DEANDRE FORD ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (Doc. 15) is **GRANTED** and this civil action is dismissed with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this the 28th day of March, 2024.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE